UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Raymond Joseph Traylor, Sr., | File No. 24-cv-470 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Lisa Stenseth, *Warden MCF Rush City Minnesota*, | |
| Respondent. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on February 28, 2024.  ECF No. 5.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

3. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 27, 2024          s/ Eric C. Tostrud
                                 Eric C. Tostrud
                                 United States District Court